IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** Butler, Kenton Wayne | Case Number: 05 B 54342 |
|---|---|
| Butler, Sharon E | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 10/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 28, 2009
Confirmed:  December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 67,403.57 |  |
| Secured: |  | 42,487.17 |
| Unsecured: |  | 17,590.79 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,642.04 |
| Other Funds: |  | 983.57 |
| Totals: | 67,403.57 | 67,403.57 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Bank Of America | Secured | 42,487.17 | 42,487.17 |
| 3. | Portfolio Recovery Associates | Unsecured | 2,349.00 | 3,127.26 |
| 4. | United States Dept Of Education | Unsecured | 7,735.89 | 10,298.92 |
| 5. | ECast Settlement Corp | Unsecured | 1,335.08 | 1,777.42 |
| 6. | ECast Settlement Corp | Unsecured | 1,792.88 | 2,387.19 |
| 7. | DeVry Institute of Technology | Unsecured | | No Claim Filed |
| 8. | Direct Loans | Unsecured | | No Claim Filed |
| | | | $ 58,400.02 | $ 62,777.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 850.71 |
| 5% | 297.99 |
| 4.8% | 531.28 |
| 5.4% | 1,195.47 |
| 6.5% | 738.62 |
| 6.6% | 27.97 |
| | $ 3,642.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Butler, Kenton Wayne

Butler, Sharon E

Printed: 02/24/09

Case Number:  05 B 54342

Judge:  Goldgar, A. Benjamin

Filed:  10/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: